Michael Boland Admirand, Federal Public Defender's Office, Eastern District of Louisiana, New Orleans, LA, for Defendant-Appellant

Before KING, DENNIS, and COSTA, Circuit Judges.

PER CURIAM: *

Clinton Rodriguez appeals the district court's refusal to grant a sentence reduction under 18 U.S.C. § 3582(c)(2). Rodriguez argues that he was eligible for a sentence reduction and should have received one even though his initial sentence was twice reduced for his substantial assistance to authorities.

The district court correctly recognized that Rodriguez was eligible for a reduction, but it declined to award one, noting that Rodriguez's current 150-month sentence was already well below the 240-month statutory minimum sentence he originally faced. The district court's decision is reviewed for an abuse of discretion, and it was not required to reduce the sentence simply because Rodriguez is eligible. *See United States v. Cooley*, 590 F.3d 293, 297 (5th Cir. 2009); *United States v. Evans*, 587 F.3d 667, 672 (5th Cir. 2009). The court considered the relevant factors and did not abuse its discretion by declining to award any further reduction. *See Cooley*, 590 F.3d at 297.

The judgment is AFFIRMED.

**UNITED STATES of America,
Plaintiff-Appellee**

v.

**Rosendo PADILLA, Jr., Defendant-Appellant**

**No. 16-40235
Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 12/16/2016

---

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff-Appellee

Rosendo Padilla, Jr., Pro Se

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Rosendo Padilla, Jr., has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Padilla has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.